# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-1480

_____

Peter R. Wright

*Plaintiff - Appellant*

v.

Judge Frank Magill; Hennepin County 4th District Court

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: October 2, 2019
Filed: October 7, 2019
[Unpublished]

_____

Before GRUENDER, STRAS, and KOBES, Circuit Judges.

_____

PER CURIAM.

Peter Wright appeals the district court's[1] dismissal of his civil action raising claims related to an unsuccessful action he brought in state court. After careful review of the record and the parties' arguments on appeal, we conclude that dismissal was proper. *See Mireles v. Waco*, 502 U.S. 9, 11-12 (1991) (per curiam) (discussing judicial immunity); *Harris v. Mo. Court of Appeals*, 787 F.2d 427, 429 (8th Cir. 1986) (stating that state courts possess Eleventh Amendment immunity). Accordingly, we affirm. *See* 8th Cir. R. 47B.

———————————————

[1]The Honorable John R. Tunheim, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Steven E. Rau, United States Magistrate Judge for the District of Minnesota.